**REED SMITH LLP**
Michael J. Venditto
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521 5400
Facsimile: (212) 521 5450
mvenditto@reedsmith.com

**REED SMITH LLP**
Paul M. Singer
225 Fifth Avenue
Pittsburgh, PA  15222
psinger@reedsmith.com

Derek J. Baker
1717 Arch Street
Philadelphia, PA  19103
dbaker@reedsmith.com

*Attorneys for*
*South Carolina Public Service Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>WESTINGHOUSE ELECTRIC COMPANY LLC,<br><br>*et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 17-10751 (MEW)<br><br>(Jointly Administered) |
| WESTINGHOUSE ELECTRIC COMPANY LLC, *as reorganized*<br><br>              Plaintiff,<br><br>v.<br><br>SOUTH CAROLINA PUBLIC SERVICE AUTHORITY<br><br>              Defendant. | Adv. Proc. No. 19-01109-(MEW) |

**DEFENDANT SOUTH CAROLINA PUBLIC SERVICE AUTHORITY'S**
**MOTION TO WITHDRAW THE REFERENCE**

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

Defendant South Carolina Public Service Authority ("Santee Cooper"), the defendant in the captioned adversary proceeding, respectfully moves the United States District Court for the Southern District of New York for an order, pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules of the Bankruptcy Court, withdrawing the reference of the captioned adversary proceeding to the Bankruptcy Court for the reasons set forth in the accompanying memorandum of law, which is incorporated herein by reference.

Santee Cooper has made no prior request to this Court or to any other court for the relief requested by this Motion.  Santee Cooper submits this Motion without prejudice to, and without waiver of, any rights, arguments or defenses that Santee Cooper might have at law or in equity, including defenses based on lack of subject matter or personal jurisdiction.

WHEREFORE, South Carolina Public Service Authority respectfully request that the Court enter an Order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated:  May 8, 2019
      New York, New York

Respectfully submitted,

*/s/ Michael J. Venditto*
**REED SMITH LLP**
Michael J. Venditto
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521 5400
Facsimile: (212) 521 5450
mvenditto@reedsmith.com

Paul M. Singer
225 Fifth Avenue
Pittsburgh, PA  15222
psinger@reedsmith.com

Derek J. Baker
1717 Arch Street
Philadelphia, PA  19103
dbaker@reedsmith.com

*Attorneys for*
*South Carolina Public Service Authority*